

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, June 28, 2024

Ms. Yesenia Cardenas-Colenso
Nelson Mullins Riley & Scarbrough LLP
5830 Granite Pkwy Ste 1000
Plano, TX 75024-6781
* DELIVERED VIA E-MAIL *

Mr. Scott P. Stolley
Stolley Law, P.C.
8714 Allenbrook Court
Dallas, TX 75243
* DELIVERED VIA E-MAIL *

Mr. Jeffrey S. Levinger
Levinger PC
1700 Pacific Ave., Suite 2390
Dallas, TX 75201-7371
* DELIVERED VIA E-MAIL *

Mr. Wallace B. Jefferson
Alexander Dubose & Jefferson LLP
100 Congress, Ste 1450
Austin, TX 78701-2709
* DELIVERED VIA E-MAIL *

RE:    Case Number:  21-1097
       Court of Appeals Number:  05-19-00850-CV
       Trial Court Number:  DC-16-16470

Style:  AMERICAN HONDA MOTOR CO., INC.
        v.
        SARAH MILBURN

Dear Counsel:

Today the Supreme Court of Texas issued opinions and a judgment in the above-referenced cause. You may obtain a copy of the opinion(s) and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:    Mr. John Blaise Gsanger (DELIVERED VIA E-MAIL)
H.  Sherman  Joyce (DELIVERED VIA E-MAIL)
Michael A. Tilghman II (DELIVERED VIA E-MAIL)
District Clerk Dallas County (DELIVERED VIA E-MAIL)
Samantha McCoy (DELIVERED VIA E-MAIL)
Ms. Ruth G. Malinas (DELIVERED VIA E-MAIL)
Lauren Sheets Jarrell (DELIVERED VIA E-MAIL)
Mr. Kurt C. Kern (DELIVERED VIA E-MAIL)
Ms. Joy M. Soloway (DELIVERED VIA E-MAIL)
Mr. Brent  R.  Walker (DELIVERED VIA E-MAIL)
Mr. Michael W. Eady (DELIVERED VIA E-MAIL)
Mr. William  J. Boyce (DELIVERED VIA E-MAIL)
Mr. Manuel Lopez (DELIVERED VIA E-MAIL)
Mr. Jonathan D. Urick (DELIVERED VIA E-MAIL)
Ms. Charla G. Aldous (DELIVERED VIA E-MAIL)
Mr. James L. Mitchell (DELIVERED VIA E-MAIL)
Mr. William R. Peterson (DELIVERED VIA E-MAIL)
Charles  H.  Haake (DELIVERED VIA E-MAIL)
Mr. George  S.  Christian (DELIVERED VIA E-MAIL)
Catherine L.  Eschbach (DELIVERED VIA E-MAIL)
Mr. Robert M. Randy Roach Jr. (DELIVERED VIA E-MAIL)
Mr. Ruben Morin (DELIVERED VIA E-MAIL)
Ms. Rachel  Anne Ekery (DELIVERED VIA E-MAIL)
Ms. Laura Gutierrez Tamez (DELIVERED VIA E-MAIL)